UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **TRADAVION D. HUGHES** | **CIVIL ACTION NO. 23-0107** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE S. MAURICE HICKS, JR.** |
| **CHASE DAVIDSON, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

The Report and Recommendation (Record Document 9) of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Tradavion D. Hughes's claims against Defendant Deputy April Davis are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief may be granted.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 17th day of March, 2023.

S. MAURICE HICKS, JR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT